# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS J. BELL**, *et al.*, | : CIVIL ACTION NO. 3:08-CV-1926 |
| Plaintiffs | : (CONSOLIDATED) |
| v. | : (Judge Conner) |
| **LACKAWANNA COUNTY**, *et al.*, | : |
| Defendants | : |
| **CRAIG KALINOSKI**, *et al.*, | : |
| Plaintiffs | : |
| v. | : |
| **LACKAWANNA COUNTY**, *et al.*,, | : |
| Defendants | : |

## **ORDER**

AND NOW, this 30th day of August, 2010, upon consideration of the correspondence (Doc. 39) from plaintiffs' counsel, and following a telephone conference with counsel of record in the above-captioned case on August 30, 2010, it is hereby ORDERED that the parties shall not conduct discovery concerning the personal assets and income of the individually-named defendants—Corey O'Brien and Michael Washo—at this phase of the litigation. In the event that plaintiffs' claim for punitive damages does not survive the dispositive motions phase of the litigation, no such discovery shall be conducted. In the event that plaintiffs' claim for punitive damages does survive the dispositive motions phase of the litigation, defendants shall disclose to plaintiffs basic financial information of the individually-

named defendants—e.g., tax returns, net worth statements, etc.—provided that such disclosures shall be made for attorneys' eyes only.

                                         <u>S/ Christopher C. Conner</u>
                                         CHRISTOPHER C. CONNER
                                         United States District Judge