# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS J. BELL**, *et al.*, | : | CIVIL ACTION NO. 3:08-CV-1926 |
| Plaintiffs | : | (CONSOLIDATED) |
| v. | : | (Judge Conner) |
| **LACKAWANNA COUNTY**, *et al.*, | : | |
| Defendants | : | |
| **CRAIG KALINOSKI**, *et al.*, | : | |
| Plaintiffs | : | |
| v. | : | |
| **LACKAWANNA COUNTY**, *et al.*,, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 30th day of August, 2010, upon consideration of the correspondence (Doc. 39) from plaintiffs' counsel, and following a telephone conference with counsel of record in the above-captioned case on August 30, 2010, it is hereby ORDERED that defendant Corey O'Brien shall provide deposition testimony which is sufficient to permit plaintiffs' counsel to evaluate defendants' assertion of the attorney-client privilege. His testimony shall include, but not be limited to, background information about the allegedly-privileged document in

question, describing the circumstances under which defendant O'Brien annotated the document.

                                                    <u>S/ Christopher C. Conner</u>
                                                  **CHRISTOPHER C. CONNER**
                                                  United States District Judge