# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS J. BELL**, *et al.*, | : | **CIVIL ACTION NO. 3:08-CV-1926** |
| **Plaintiffs** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **LACKAWANNA COUNTY**, *et al.*, | : | |
| **Defendants** | : | |

## **O R D E R**

AND NOW, this 9th day of August, 2011, upon consideration of Plaintiffs' Motion to File a Single Comprehensive Brief in Opposition to Defendants' Seventeen Separate Summary Judgment Motions (Doc. 135), it is hereby ORDERED that said motion is GRANTED. Plaintiffs may file one single comprehensive brief with fewer than 51,000 words in opposition to defendants' seventeen separate summary judgment motions.

     S/ Christopher C. Conner
     CHRISTOPHER C. CONNER
     United States District Judge